IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
CIVIL DIVISION

DONALD T. SNEED AND
ESTEE ANN SNEED, Husband and Wife                                    PLAINTIFFS

VS.                                CASE NO. 35CV-16-451

DISCOVER BANK,
HENRY "GUS" ALLEN, AND
LORI E. WITHROW, individually and
d/b/a ALLEN & WITHROW,
ATTORNEYS AT LAW,
and John Does 1-10                                                   DEFENDANTS

## AMENDED COMPLAINT

Come now Plaintiffs, Donald T. Sneed and Estee Ann Sneed, husband and wife,

by and through their attorneys, Baim, Gunti, Mouser, and Worsham, PLC, and for their

amendment to the Complaint filed herein, states:

1.      The Plaintiffs reassert each and every allegation contained in their original

        Complaint, but by scrivener's error Plaintiff's attorney failed to file and

        attach exhibits to the original Complaint filed August 2, 2016.

2.      That the District Court Complaint filed September 24, 2013 is attached

        hereto and incorporated herein as Exhibit "A".

3.      That a November 12, 2014 letter from Defendant enclosing the Writ of

        Garnishment is attached hereto and incorporated herein as Exhibit "B".

4.      That an Order setting aside the Default Judgment and resulting Writ of

        Garnishment on November 17, 2014 for insufficient service of process is

        attached hereto and incorporated herein as Exhibit "C".

5.      That a February 12, 2015 letter from Defendant and notes from Mr.

**FILED**

AUG 1 0 2016 @ 4:11 p.m
Lisa R. Ha____

LAFAYETTE WOODS, SR.
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS

Sneed's attorney is attached hereto and incorporated herein as Exhibit "D".

6.  That a copy of the Writ of Garnishment filed August 28, 2015 is attached hereto and incorporated herein as Exhibit "E".

7.  That Defendant's discovery requests sent November 2, 2015 are attached hereto and incorporated herein as Exhibit "F".

8.  That a copy of an Order of Dismissal entered December 10, 2015 is attached hereto and incorporated herein as Exhibit "G."

WHEREFORE, PREMISES CONSIDERED, Plaintiff reasserts each and every allegations made in the original complaint, prays for all of the relief previously stated herein, and requests that the Complaint be amended and exhibits are incorporated and hereto attached and for all other relief which the Court deems proper.

Respectfully submitted,

PLAINTIFFS
Donald T. and Estee Ann Sneed

By: Wm. Kirby Mouser
Attorneys at Law
BAIM, GUNTI, MOUSER
& WORSHAM, PLC
P.O. Box 5100
Pine Bluff, AR 71611
(870) 534-2941

## CERTIFICATE OF SERVICE

    I, William Kirby Mouser, attorney for the Plaintiffs herein, do hereby certify that I have served a true and correct copy of the foregoing pleading on Gary J. Barrett, 12410 Cantrell, Suite 100, Little Rock, Arkansas 72223 on this _10_ day of August, 2016.

William Kirby Mouser



EXHIBIT

A

tabbies®

# IN THE DISTRICT COURT OF JEFFERSON COUNTY, ARKANSAS
## PINE BLUFF DIVISION II

**DISCOVER BANK**                                                                    **PLAINTIFF**

**V.**                                       CASE NO. *PBCV-2013-2064*

**DONALD T SNEED**                                                                   **DEFENDANT**

### COMPLAINT

Comes the Plaintiff and for its cause of action against the Defendant, states:

1. That the Plaintiff is a corporation authorized to bring this action under Ark. Code Ann. § 4-27-1501.

2. That the Defendant is a resident of Jefferson County, Arkansas.

3. Jurisdiction and venue are proper in this Court.

4. That Defendant purchased certain items with extensions of credit obtained on his/her Discover Card account. Please see attached exhibit A, the cardmember agreement which governs the terms and conditions of the account.

5. That the amount past due on said account, which has not been paid, and has been owed for a period of time is as follows, principle amount, $3,493.14, as set out in Plaintiff's Affidavit which is attached hereto and incorporated herein by reference.

6. That demand had been made for the payment of same, yet the balance remains unpaid.

WHEREFORE, Plaintiff prays for Judgment against Defendant in the amount of $ 3,493.14, for all costs herein paid and expended, for post-judgment interest at the contract rate, reasonable attorney's fees, and for all other proper relief.

Allen & Withrow
Attorneys at Law
P.O. Box 17248
Little Rock, AR 72222

Teaven Stamatis (2008064)

FILED

SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF AR

**Teaven J Stamatis**                                                                    S&A File No. 13-03726-0 JG

**$3,493.14**
**Donald T Sneed**

STATE OF OHIO
COUNTY OF FRANKLIN

## AFFIDAVIT OF ACCOUNT

_____ *STEPHEN  A  BALL* _____ , personally appeared before me, this day and after being duly sworn, according to law, upon my oath and states as follows:

I am a *Litigation Support Specialist* for **DB SERVICING CORPORATION**, the servicing affiliate of DISCOVER BANK, an FDIC insured Delaware State Bank. DB SERVICING CORPORATION is responsible for, amongst other things, maintaining account records pertaining to Discover Card accounts and interacting with Discover Card account holders with regard to payments owed on those accounts.

THAT this affidavit is made on the basis of my personal knowledge and in support of Plaintiff's suit on account against the Debtor(s).

THAT, in my capacity as *Litigation Support Specialist* I have knowledge regarding, and access to, records regarding the Discover Card Account of the above referenced Debtor(s). DB SERVICING CORPORATION maintains these records in the ordinary course of its business, and the records are updated with information on events (such as charges and payments on the Account) by individuals with personal knowledge of those events or by automated processes that track such events at or near the time that the events occur. The same systems that records this information also generate periodic statements that are sent to Account holders, such as Debtor(s), and store copies of these periodic statements. In addition these same record-keeping systems contain information about which version of Discover Bank's terms and conditions have been communicated to a cardholder and accepted by a cardholder through the cardholder's use of his or her Discover Card after receipt of the terms and conditions. I have personally inspected the records pertaining to the Account of the Debtor(s), including the last periodic statement sent to the Debtor(s) by DB SERVICING CORPORATION, to ascertain the applicable terms and conditions, the balance due on said account and whether the Debtor(S) have made payments on that balance. The balance due and owing at the time of the signing of this affidavit, on the account of **Donald T Sneed** is **$3,493.14**, including interest accrued at the rate of 0% after charge off unless and until pre-judgment and/or post-judgment interest is awarded by the court.

THAT the account is in default because the Debtor(s) have not paid the amounts due and owing to Discover Bank on the account.

THAT the business records maintained by DB SERVICING CORPORATION and described above show that the Debtor(s)' account with Discover Bank is governed by terms and conditions referred to by Discover Bank and DB SERVICING CORPORATION as "terms level 23 J ." A true and correct copy of these terms and conditions have been provided to DB SERVICING CORPORATION's counsel in this case.

THAT Exhibit A is a true and accurate copy of the most recent statement sent by DB SERVICING CORPORATION the Debtors(s), retrieved from the record-keeping system described above.

That Exhibit B is a true and accurate copy of information retrieved from DB SERVICING CORPORATION's record-keeping system that shows the current balance due and owing on the Debtor(s)'s account. The balance shown on Exhibit B differs from the balance shown on the last statement attached as Exhibit A because Exhibit B reflects activity that occurred with respect to the account after the last statement was created.

FILED

US DISTRICT COURT
EASTERN DISTRICT DIVISION
JEFFERSON COUNTY
PINE BLUFF, AR

DB SERVICING CORPORATION has access to a system of records maintained by the United States Department of Defense, which allows DB SERVICING CORPORATION to ascertain whether a particular person is engaged in active duty in any branch of the U.S. military. It is the regular practice of DB SERVICING CORPORATION to query this system with respect to any account holder prior to initiating a collection action against that account holder, and DB SERVICING CORPORATION maintains records in the normal course of its business that indicate the results of that query. Based on my review of the account records applicable to Debtor(S), to the best of my knowledge and belief the above referenced Debtor(s) is not engaged in any of the military services of the United States. Further, according to the records maintained by DB SERVICING CORPORATION , which include the address associated to which account statements are sent to a cardholder, the Debtor(s) is a resident of the State and of the County in which this action has been filed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
AFFIANT

SUBSCRIBED AND SWORN to before me this __4__ day of _September_ 2013.

JANICE M. DORR
Notary Public, State of Ohio
My Commission Expires
May 17, 2014



FILED

SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

| New Balance | Minimum Payment Due | Account Number ending |
|---|---|---|
| $3,511.08 | $893.00 | Enter Amount Enclosed Below |
| | Payment Due Date September 13, 2012 | $ |

Please make check payable to Discover Card.
You are overlimit.  Pay the sum of the monthly minimum payment plus the overlimit amount of $511.08.

DONALD T SNEED
1605 DISCOVERY DR
WHITE HALL AR 71602-8782



PO BOX 71084
CHARLOTTE NC 28272-1084

Address, e-mail or telephone change?
Go to www.Discover.com or print change in space above.

0000019864503759646760351108000980000B9300

---

Opening Date: July 19, 2012 - Closing Date: August 18, 2012          page 1 of 2

## Discover More Card Account Summary

Account number ending:

| | | |
|---|---|---|
| Previous Balance | | $3,514.93 |
| Payments And Credits | - | 98.00 |
| Purchases | + | 0.00 |
| Balance Transfers | + | 0.00 |
| Cash Advances | + | 0.00 |
| Fees Charged | + | 35.00 |
| Interest Charged | + | 59.15 |
| New Balance | | $3,511.08 |

See Interest Charge Calculation section following transactions for detailed APR information

| | |
|---|---|
| Credit Line | $3,000.00 |
| Credit Line Available | $0.00 |
| Cash Advance Credit Line | $300.00 |
| Cash Advance Credit Line Available | $0.00 |

You may be able to avoid Interest Charges, see Additional Important Information for details.

### Cashback Bonus®

| | Anniversary Month October | |
|---|---|---|
| Opening Cashback Bonus Balance | $ | 0.00 |
| New Cashback Bonus This Period | + | 0.00 |
| **Cashback Bonus Balance** | $ | 0.00 |

To learn more, log in at www.Discover.com

## Payment Information

| | |
|---|---|
| New Balance | $3,511.08 |
| Minimum Payment Due* | $893.00 |
| Payment Due Date | September 13, 2012 |

*Includes past due amount of $778.00

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 24.99% variable.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 years | $6,442 |

If you would like information about credit counseling services, call 1-800-347-1121.

### 3 Easy Ways to Contact Us

1. Access your account securely at www.Discover.com
2. Call 1-800-DISCOVER (1-800-347-2683) Please have your Discover® card available.
3. Write to us at Discover, PO Box 30943, Salt Lake City, UT 84130 (Not a payment address)

For payments, please send to address on remittance or Discover, PO Box 6103, Carol Stream, IL 60197-6103
For TDD (Telecommunications Device for the Deaf) assistance, please call 1-800-347-7449.

### Manage Your Account Online at www.Discover.com

Access free online tools like Paydown Planner to create a plan to pay down your balance, securely access statements, pay bills online and easily track all transactions

Make your money worth more℠—find easy ways to earn and redeem cash rewards

NEW! Access your account securely through your mobile phone

---

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Payments and Credits | Jul 31 | Jul 31 | PAYMENT - THANK YOU | $ | .98.00 |
| Fees | Aug 13 | Aug 13 | LATE FEE | | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | | |
| Interest Charged | | | INTEREST CHARGE ON PURCHASES | | |
| | | | INTEREST CHARGE ON CASH ADVANCES | | |



FILED
SEP 2013
DISTRICT COURT DIVISION
JEFFERSON COUNTY
PINE BLUFF, AR

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION          **DISCOVER**

Department of Defense Manpower Data Center

Results as of: Apr-08-2013 12:17:41

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: <u>SNEED</u>
First Name: <u>DONALD T</u>
Middle Name:
Active Duty Status As Of: <u>Apr-08-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

**FILED**

SEP 24 2013

DISTRICT COURT DIVISION
JEFFERSON COUNTY
PINE BLUFF AR

File #: 13-03726-0

## Transactions (cont.)

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Interest Charged | | | INTEREST CHARGE ON BALANCE TRANSFERS | $ | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | | 59.15 |

### 2012 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2012 | $ | 280.00 |
| TOTAL INTEREST CHARGED IN 2012 | | 449.31 |

**FILED**

SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR



It pays to
**DISCOVER**

DONALD    REED
Account r    r ending ir

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 19.99%  V | $3,483.60 | $59.15 |
| Cash Advances | 23.99%  V | $0 | $0 |

V = Variable Rate

**Additional Important Information**

**See your Cardmember Agreement.** Your Cardmember Agreement contains all the terms of your Account.

**Lost or stolen cards.** Report immediately! Call 1-800-347-2683.

**_What To Do If You Think You Find A Mistake On Your Statement_**

If you think there is an error on your statement, write to us at: Discover, PO Box 30421, Salt Lake City, UT 84130-0421. In your letter, give us the following information:

   _Account information:_ Your name and account number.

   _Dollar amount:_ The dollar amount of the suspected error.

   _Description or Problem:_ If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors _in writing_. You may call us, but if you do are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

   We cannot try to collect the amount in question, or report you as delinquent on that amount.

   The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

   While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

   We can apply any unpaid amount against your credit limit.

**_Your Rights If You Are Dissatisfied With Your Credit Card Purchases_**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you , or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

   If all of the criteria above are met and you are still dissatisfied with the purchase, contact us _in writing_ at: . Discover, PO Box 30945, Salt Lake City, UT 84130-0945

   While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your payment and the top portion of this statement in the envelope provided. Do not send cash. By sending your check as described above, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If payment is processed as an electronic fund transfer, the transfer will be for the amount of the check. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The processing of your payment may be delayed if you send cash, correspondence or other items with your payment, if you send the payment to any other address or if you use an envelope other than the one provided. Payments received in proper form at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.



SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

---

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION



You can pay your monthly Minimum Payment Due, or a greater amount that does not exceed your current Account balance, over the telephone or you can setup automatic payments through a customer service representative by calling 1-800-347-2683. Automatic payments will be deducted on the Payment Due Date unless you request a recurring payment date (e.g., the 15th day of the month) that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower. By providing those numbers as your electronic signature, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421; however we must receive notice at least three business days in advance of the scheduled payment. If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) a fixed dollar amount. If your scheduled fixed payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the periodic statement based on credits or payments after the Closing Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount: ☐ Full Pay      ☐ Min Pay      ☐ Min Pay + $_____;   ☐ Fixed Pay$_____;
Bank Routing #:_____; Bank Account #:_____; Frequency:_____.

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report this status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at the following address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please indicate your name, address, home telephone number and Account number.

**Paying Interest:** We begin to impose interest charges on a transaction, fee or interest charge from the day we add it to the daily balance. We continue to impose interest charges until you pay the total amount you owe us. You can avoid paying interest on Purchases as described below. However, you cannot avoid paying interest on Balance Transfers or Cash Advances.

**How to Avoid Paying Interest on Purchases ("Grace Period")**
If you paid the New Balance on your previous billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on new Purchases, or any portion of a new Purchase, paid by the Payment Due Date on your current billing statement. New Purchases are Purchases that first appear on the current billing statement.

**How We Apply Payments May Impact Your Grace Period**
If you do not pay your New Balance in full each month, then, depending on the balance to which we apply your payment, you may not get a grace period on new Purchases.

**How We Calculate Interest Charges - Daily Balance Method (including current transactions):** We calculate interest charges each billing period by first figuring the "daily balance" for each Transaction Category. Transaction Categories include standard Purchases, standard Cash Advances and different promotional balances, such as Balance Transfers.

**How We Figure the Daily Balance for Each Transaction Category**

> We start with the beginning balance for each day. The beginning balance for the first day of the billing period is your balance on the last day of your previous billing period.
>
> We add any interest charges accrued on the previous day's daily balance and any new transactions and fees. We add any new transactions or fees as of the later of the Transaction Date or the first day of the billing period in which the transaction or fee posted to your Account.
>
> We subtract any new credits and payments.
>
> We make other adjustments (including those adjustments required in the "Paying Interest" section).

**How We Figure Your Total Interest Charges**

> We multiply the daily balance for each Transaction Category by its daily periodic rate. We do this for each day in the billing period. This gives us the interest charges for each Transaction Category. To get a daily periodic rate, we divide the APR that applies to the Transaction Category by 365.
>
> We add up all the daily interest charges. The sum is the total interest charge for the billing period.

**How We Include Fees**
We add Balance Transfer Fees to the applicable Balance Transfer Transaction Category. We add Cash Advance Fees to the applicable Cash Advance Transaction Category. We add all other fees to the standard Purchase Transaction Category.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law.

**For TDD (Telecommunications Device for the Deaf) assistance, please call 1-800-347-7449.**

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.



The Discover® card is issued by Discover Bank, Member FDIC

RZNFE001

SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF AR



| New Balance | Minimum Payment Due | Account N___ ___er ending in ____ |
|---|---|---|
| $0.00 | $964.00 | Enter Amt___ ___nclosed Below |

Payment Due Date
September 26, 2012

$ [                    ]

DONALD T SNEED
1605 DISCOVERY DR
WHITE HALL AR 71602-8782



PO BOX 6103
CAROL STREAM IL 60197-6103

Address, e-mail or telephone change?
Go to www.Discover.com or print change in space above.

0000019864503759646760000000000000000096400

Opening Date: August 19, 2012 - Closing Date: August 31, 2012                    page 1 of 2

## Discover More Card Account Summary

Account number ending in

| | | |
|---|---|---|
| Previous Balance | | $3,511.08 |
| Payments And Credits | - | 3,511.08 |
| Purchases | + | 0.00 |
| Balance Transfers | + | 0.00 |
| Cash Advances | + | 0.00 |
| Fees Charged | + | 0.00 |
| Interest Charged | + | 0.00 |
| New Balance | | $0.00 |

See Interest Charge Calculation section following transactions for detailed APR information

| | |
|---|---|
| Credit Line | $3,000.00 |
| Credit Line Available | $0.00 |
| Cash Advance Credit Line | $300.00 |
| Cash Advance Credit Line Available | $0.00 |

## Cashback Bonus®

| | Anniversary Month October | |
|---|---|---|
| Opening Cashback Bonus Balance | $ | 0.00 |
| New Cashback Bonus This Period | + | 0.00 |
| Cashback Bonus Balance | $ | 0.00 |

To learn more, log in at www.Discover.com

## Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $964.00 |
| Payment Due Date | September 26, 2012 |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 24.99% variable.

## Manage Your Account Online at www.Discover.com

Securely access statements and free online tools, pay bills online and track and view all transactions simply and easily

Make your money worth more SM—find easy ways to earn and redeem cash rewards

NEW! Access your account securely through your mobile phone

## 3 Easy Ways to Contact Us

1. Access your account securely at www.Discover.com
2. Call 1-800-DISCOVER (1-800-347-2683) Please have your Discover® card available.
3. Write to us at Discover, PO Box 30943, Salt Lake City, UT 84130 (Not a payment address)

For payments, please send to address on remittance or Discover, PO Box 6103, Carol Stream, IL 60197-6103

For TDD (Telecommunications Device for the Deaf) assistance, please call 1-800-347-7449.

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Payments and Credits | Aug 31 | Aug 31 | INTERNAL CHARGE-OFF | $ | -3,511.08 |
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2012 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2012 | $ | 280.00 |
| TOTAL INTEREST CHARGED IN 2012 | | 449.31 |

# FILED

SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED

SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR



It pays to
**DISCOVER**  DONALD T REED
Account n r ending i

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 13 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 19.99% V | $0 | $0 |
| Cash Advances | 23.99% V | $0 | $0 |

V = Variable Rate

**Additional Important Information**

See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

Lost or stolen cards. Report immediately! Call 1-800-347-2683.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Discover, PO Box 30421, Salt Lake City, UT 84130-0421.
In your letter, give us the following information:

*Account information:* Your name and account number.

*Dollar amount:* The dollar amount of the suspected error.

*Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

We cannot try to collect the amount in question, or report you as delinquent on that amount.

The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. [Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.]

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Discover, PO Box 30945, Salt Lake City, UT 84130-0945

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your payment and the top portion of this statement in the envelope provided. Do not send cash. By sending your check as described above, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If payment is processed as an electronic fund transfer, the transfer will be for the amount of the check. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The processing of your payment may be delayed if you send cash, correspondence or other items with your payment, if you send your payment to any other address or if you use an envelope other than the one provided. Payments received in proper form at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.

**FILED**

**SEP 24 2013**

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

You can pay your monthly Minimum Payment Due, or a greater amount that does not exceed your current Account balance, over the telephone or you can setup automatic payments through a customer service representative by calling 1-800-347-2683. Automatic payments will be deducted on the Payment Due Date unless you request a recurring payment date (e.g., the 15th day of the month) that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower. By providing those numbers as your electronic signature, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421; however we must receive notice at least three business days in advance of the scheduled payment. If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) a fixed dollar amount. If your scheduled fixed payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the periodic statement based on credits or payments after the Closing Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount: ☐ Full Pay  ☐ Min Pay  ☐ Min Pay + $_____ ;  ☐ Fixed Pay $_____ ;
Bank Routing #:_____ ; Bank Account #:_____ ; Frequency:_____

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at the following address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please indicate your name, address, home telephone number and Account number.

**Paying Interest:** We begin to impose interest charges on a transaction, fee or interest charge from the day we add it to the daily balance. We continue to impose interest charges until you pay the total amount you owe us. You can avoid paying interest on Purchases as described below. However, you cannot avoid paying interest on Balance Transfers or Cash Advances.

**How to Avoid Paying Interest on Purchases ("Grace Period")**
If you paid the New Balance on your previous billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on new Purchases, or any portion of a new Purchase, paid by the Payment Due Date on your current billing statement. New Purchases are Purchases that first appear on the current billing statement.

**How We Apply Payments May Impact Your Grace Period**
If you do not pay your New Balance in full each month, then, depending on the balance to which we apply your payment, you may not get a grace period on new Purchases.

**How We Calculate Interest Charges - Daily Balance Method (including current transactions):** We calculate interest charges each billing period by first figuring the "daily balance" for each Transaction Category. Transaction Categories include standard Purchases, standard Cash Advances and different promotional balances, such as Balance Transfers.

**How We Figure the Daily Balance for Each Transaction Category**

We start with the beginning balance for each day. The beginning balance for the first day of the billing period is your balance on the last day of your previous billing period.

We add any interest charges accrued on the previous day's daily balance and any new transactions and fees. We add any new transactions or fees as of the later of the Transaction Date or the first day of the billing period in which the transaction or fee posted to your Account.

We subtract any new credits and payments.

We make other adjustments (including those adjustments required in the "Paying Interest" section).

**How We Figure Your Total Interest Charges**

We multiply the daily balance for each Transaction Category by its daily periodic rate. We do this for each day in the billing period. This gives us the interest charges for each Transaction Category. To get a daily periodic rate, we divide the APR that applies to the Transaction Category by 365.

We add up all the daily interest charges. The sum is the total interest charge for the billing period.

**How We Include Fees**
We add Balance Transfer Fees to the applicable Balance Transfer Transaction Category. We add Cash Advance Fees to the applicable Cash Advance Transaction Category. We add all other fees to the standard Purchase Transaction Category.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law.

**For TDD (Telecommunications Device for the Deaf) assistance, please call 1-800-347-7449.**

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

The Discover® card is issued by Discover Bank, Member FDIC

**FILED**

**SEP 24 2013**

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

**DISCOVER**

---

**Questions?** Visit www.Discover.com or
call 1-800-DISCOVER (1-800-347-2683).

| New Balance | Minimum Payment Due | Account Number ending in |
|---|---|---|
| $3,511.08 | $3,511.08 | Enter Amc    nclosed Below |
| | Payment Due Date | $ |
| | January 10, 2013 | |

Please make check payable to Discover Card.
Minimum payment due includes a past due
amount of $1,177.00. Phone and internet
payments must be made by 5:00pm ET for same
day posting.

DONALD T SNEED
1605 DISCOVERY DR
WHITE HALL AR 71602-8782

PO BOX 6103
CAROL STREAM IL 60197-6103

Address, e-mail or telephone change?
Go to www.Discover.com or print change in space above.

0000019864503759646760351108000000000351108

Opening Date: November 16, 2012 - Closing Date: December 15, 2012          page 1 of 2

## Discover More Card Account Summary

Account number ending in

| | | |
|---|---|---|
| Previous Balance | | $3,511.08 |
| Payments And Credits | - | 0.00 |
| Purchases | + | 0.00 |
| Balance Transfers | + | 0.00 |
| Cash Advances | + | 0.00 |
| Fees Charged | + | 0.00 |
| Interest Charged | + | 0.00 |
| New Balance | | $3,511.08 |

See Interest Charge Calculation section following
transactions for detailed APR information.

| | |
|---|---|
| Credit Line | $3,000.00 |
| Credit Line Available | $0.00 |
| Cash Advance Credit Line | $0.00 |
| Cash Advance Credit Line Available | $0.00 |

### Cashback Bonus®

| | Anniversary Month October | |
|---|---|---|
| Opening Cashback Bonus Balance | $ | 0.00 |
| New Cashback Bonus This Period | + | 0.00 |
| Cashback Bonus Balance | $ | 0.00 |

To learn more, log in at www.Discover.com

## Payment Information

| | |
|---|---|
| New Balance | $3,511.08 |
| Minimum Payment Due* | $3,511.08 |
| Payment Due Date | January 10, 2013 |

*Includes past due amount of $1,177.00

Late Payment Warning: If we do not receive your minimum
payment by the date listed above, you may have to pay a late
fee of up to $35.00 and your purchase and balance transfer
APRs for new transactions may be increased up to the Penalty
APR of 24.99% variable.

Minimum Payment Warning: If you make only the minimum
payment each period, you will pay more in interest and it will
take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $3,511 |

If you would like information about credit counseling services,
call 1-800-347-1121.

## 3 Easy Ways to Contact Us

1. Access your account securely at www.Discover.com
2. Call 1-800-DISCOVER (1-800-347-2683)
   Please have your Discover® card available.
3. Write to us at Discover, PO Box 30943,
   Salt Lake City, UT 84130 (Not a payment address)
For payments, please send to address on remittance or
Discover, PO Box 6103, Carol Stream, IL 60197-6103
For TDD (Telecommunications Device for the Deaf)
assistance, please call 1-800-347-7449.

## Manage Your Account Online at www.Discover.com

Access free online tools like Paydown Planner to create a plan
to pay down your balance, securely access statements, pay
bills online and easily track all transactions

Make your money worth more℠—find easy ways to earn
and redeem cash rewards

NEW! Access your account securely through your
mobile phone

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | | |

## 2012 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2012 | $ | 280.00 |
| TOTAL INTEREST CHARGED IN 2012 | | |

FILED
SEP 24 2013
DISTRICT COURT DIVISION I
JEFFERSON COUNTY
DISCOVER

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# FILED

SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

**Questions?** Visit www.Discover.com or
call 1-800-DISCOVER (1-800-347-2683).



It pays to
**DISCOVER**

DONALD T ~NEED
Account n      r ending in

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**Current Billing Period:** 30 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 19.99% V | $0 | $0 |
| Cash Advances | 23.99% V | $0 | $0 |

V = Variable Rate

**Additional Important Information**

**See your Cardmember Agreement.** Your Cardmember Agreement contains all the terms of your Account.

**Lost or stolen cards.** Report immediately! Call **1-800-347-2683.**

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at: Discover, PO Box 30421, Salt Lake City, UT 84130-0421.
In your letter, give us the following information:

   *Account information:* Your name and account number.

   *Dollar amount:* The dollar amount of the suspected error.

   *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

   You must contact us within 60 days after the error appeared on your statement.

   You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

   While we investigate whether or not there has been an error, the following are true:

   We cannot try to collect the amount in question, or report you as delinquent on that amount.

   The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

   While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

   We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you , or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

   If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Discover, PO Box 30945, Salt Lake City, UT 84130-0945

   While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your payment and the top portion of this statement in the envelope provided. Do not send cash. By sending your check as described above, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If payment is processed as an electronic fund transfer, the transfer will be for the amount of the check. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The processing of your payment may be delayed if you send cash, correspondence or other items with your payment, if you send the payment to any other address or, if you use an envelope other than the one provided. Payments received in proper form at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.

**FILED**

SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR



You can pay your monthly Minimum Payment Due, or a greater amount that does not exceed your current Account balance, over the telephone or you can setup automatic payments through a customer service representative by calling 1-800-347-2683. Automatic payments will be deducted on the Payment Due Date unless you request a recurring payment date (e.g., the 15th day of the month) that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower. By providing those numbers as your electronic signature, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421; however we must receive notice at least three business days in advance of the scheduled payment. If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) a fixed dollar amount. If your scheduled fixed payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the periodic statement based on credits or payments after the Closing Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount: ☐ Full Pay   ☐ Min Pay   ☐ Min Pay + $_____   ☐ Fixed Pay$_____;

Bank Routing #:_____; Bank Account #:_____; Frequency:_____.

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at the following address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please indicate your name, address, home telephone number and Account number.

**Paying Interest:** We begin to impose interest charges on a transaction, fee or interest charge from the day we add it to the daily balance. We continue to impose interest charges until you pay the total amount you owe us. You can avoid paying interest on Purchases as described below. However, you cannot avoid paying interest on Balance Transfers or Cash Advances.

**How to Avoid Paying Interest on Purchases ("Grace Period")**
If you paid the New Balance on your previous billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on new Purchases, or any portion of a new Purchase, paid by the Payment Due Date on your current billing statement. New Purchases are Purchases that first appear on the current billing statement.

**How We Apply Payments May Impact Your Grace Period**
If you do not pay your New Balance in full each month, then, depending on the balance to which we apply your payment, you may not get a grace period on new Purchases.

**How We Calculate Interest Charges - Daily Balance Method (including current transactions):** We calculate interest charges each billing period by first figuring the "daily balance" for each Transaction Category. Transaction Categories include standard Purchases, standard Cash Advances and different promotional balances, such as Balance Transfers.

**How We Figure the Daily Balance for Each Transaction Category**
We start with the beginning balance for each day. The beginning balance for the first day of the billing period is your balance on the last day of your previous billing period.
We add any interest charges accrued on the previous day's daily balance and any new transactions and fees. We add any new transactions or fees as of the later of the Transaction Date or the first day of the billing period in which the transaction or fee posted to your Account.
We subtract any new credits and payments.
We make other adjustments (including those adjustments required in the "Paying Interest" section).

**How We Figure Your Total Interest Charges**
We multiply the daily balance for each Transaction Category by its daily periodic rate. We do this for each day in the billing period. This gives us the interest charges for each Transaction Category. To get a daily periodic rate, we divide the APR that applies to the Transaction Category by 365.
We add up all the daily interest charges. The sum is the total interest charge for the billing period.

**How We Include Fees**
We add Balance Transfer Fees to the applicable Balance Transfer Transaction Category. We add Cash Advance Fees to the applicable Cash Advance Transaction Category. We add all other fees to the standard Purchase Transaction Category.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law.

**For TDD (Telecommunications Device for the Deaf)** assistance, please call 1-800-347-7449.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

The Discover® card is issued by Discover Bank, Member FDIC

FILED

SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

**DISC**VER

**Discover More Card**

Account number ending
Open Date: Dec 16, 2012- Close Date: Jan 15, 2013
Cardmember Since 2010

Page 1 of 4

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $3,511.08 |
| Payments and Credits | − | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $3,511.08 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $0 |
| Credit Line Available | $0 |
| Cash Advance Credit Line | $0 |
| Cash Advance Credit Line Available | $0 |

You may be able to avoid interest on Purchases.
See reverse for details.

Contact Us  Discover.com
1-800-347-2683

## PAYMENT INFORMATION

| | |
|---|---|
| **New Balance** | **$3,511.08** |
| Minimum Payment Due * | $3,511.08 |
| Payment Due Date | February 10, 2013 |
| * Includes past due amount of: | $1248.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 24.99% variable.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $3,511 |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

| | | Anniversary Month |
|---|---|---|
| **Cashback Bonus®** | | October |
| Opening Balance | $ | 0.00 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | − $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **0.00** |

To learn more, log in at Discover.com

---

Make Check payable to Discover.
Please fold on the perforation below, detach and return with your payment.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| **Payment Coupon** Please do not fold, clip or staple. |  **Pay Online** Discover.com | **Pay by Phone** 1-800-347-2683 |
|---|---|---|

DONALD T SNEED
1605 DISCOVERY DR
WHITE HALL AR 71602-8782

| Account number ending in | |
|---|---|
| Minimum Payment Due | $3,511.08 |
| New Balance | $3,511.08 |
| Payment Due Date | February 10, 2013 |
| Amount enclosed | $ |



PO BOX 610
CAROL STREAM IL 60197-6103

**FILED**

SEP 24 2013

DISTRICT COURT DIVISION
JEFFERSON COUNTY
PINE BLUFF, AR

Phone and Internet payments must be received by 5PM ET to be credited as of the same day.
Address, e-mail or telephone changed? Note changes on reverse.

0000019864503759646760351108000790003511 08

DONALD T SNEED          Account number ending in          Open Date: Dec 16, 2012 - Close Date: Jan 15, 2013          Page 2 of 4

**Important Information**

See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

Lost or stolen cards. Report immediately! Call 1-800-347-2683.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at: Discover, PO Box 30421, Salt Lake City, UT 84130-0421. You must write to us within 60 days after the error appeared on your statement. You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. A copy of this notice is available at www.Discover.com.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your payment and the bottom portion of this statement in the envelope provided. Do not send cash. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a payment is processed as an electronic fund transfer, the transfer will be for the amount of the check. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The processing of your payment may be delayed if you send cash, correspondence or other items with your payment, if you send the payment to any other address or if you use an envelope other than the one provided. Payments received in proper form or our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.

You can pay your monthly Minimum Payment Due, or a greater amount that does not exceed your current Account balance, over the telephone or you can setup automatic payments through a customer service representative by calling 1-800-347-2683. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date (e.g., the 15th day of the month) that occurs before your Payment Due Date or Close Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower. By providing those numbers as your electronic signature, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421; however, we must receive notice at least three business days in advance of the scheduled payment. If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be.

You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) Other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount: ☐ Full Pay_____ ☐ Min Pay_____ ☐ Min Pay+ $_____;
☐ Other Amount$_____ ; Bank Routing #:_____ ;
Bank Account #_____ ;
Monthly on the ☐ Payment Due Date ☐ Close Date
☐_____Day of month (insert date)

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at the following address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-2683.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

Discover may monitor and/or record telephone calls between  you and Discover representatives for quality assurance purposes.

The Discover® card is issued by Discover Bank, Member FDIC. TL23N

# CHANGE OF ADDRESS

If correct on front, do not use. Please print clearly in blue or black ink, in the space provided.

| | | | |
|---|---|---|---|
| Street Address | | Home Phone | |
| | | Work Phone | |
| City | | Email | |
| State, Zip | | | |

To make changes to your address, email or telephone number, visit Discover.com

*FILED*

SEP 2 4 2013

DISTRICT COURT DIVISION 1
JEFFERSON COUNTY
PINE BLUFF, AR

Discover More Card

Account number ending :
Open Date: Dec 16, 2012 - Close Date: Jan 15, 2013
Page 3 of 4

## CONTACT US

 **Web**
Access your
account securely
at Discover.com

 **Mobile**
Manage your
account anytime,
anywhere at
m.Discover.com

 **Phone**
1-800-DISCOVER
(1-800-347-2683)
TDD 1-800-347-7449

 **Inquiry**
Discover
PO Box 30943
Salt Lake City
UT 84130

 **Mail Payments**
Discover
PO Box 6103
Carol Stream
IL 60197-6103

## Transactions

|  | Trans. Date | Post Date |  |  |
|---|---|---|---|---|
| Fees |  |  | TOTAL FEES FOR THIS PERIOD | $ 0.00 |
| Interest Charged |  |  | TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |

### 2013 Totals Year-to-Date

|  | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2013 | $ | 0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 19.99% V | $0.00 | $0.00 |
| Cash Advances | 23.99% V | $0.00 | $0.00 |

V=Variable Rate



SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

DONALD T SNEED                Account number ending i          Open Date: Dec 16, 2012 - Close Date: Jan 15, 2013          Page 4 of 4



FILED

SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

# Discover More Card

Account number ending
Open Date: Jan 16, 2013- Close Date: Feb 15, 2013
Cardmember Since 2010

Page 1 of 4

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $3,511.08 |
| Payments and Credits | − | $17.94 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $3,493.14 |

See Interest Charge Calculation section following the
Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $3,000 |
| Credit Line Available | $0 |
| Cash Advance Credit Line | $300 |
| Cash Advance Credit Line Available | $0 |

You may be able to avoid interest on Purchases.
See reverse for details.

### Contact Us  Discover.com
1-800-347-2683

## PAYMENT INFORMATION

| New Balance | $3,493.14 |
|---|---|
| Minimum Payment Due * | $1,389.00 |
| Payment Due Date | March 10, 2013 |

* Includes past due amount of: $1319.00

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 24.99% variable.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about:... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $3,493 |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

| Cashback Bonus® | | Anniversary Month October |
|---|---|---|
| Opening Balance | $ | 0.00 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | − $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **0.00** |

To learn more, log in at Discover.com

---

Make Check payable to Discover.
Please fold on the perforation below, detach and return with your payment.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online** Discover.com

 **Pay by Phone** 1-800-347-2683

| Account number ending in | |
|---|---|
| Minimum Payment Due | $1,389.00 |
| New Balance | $3,493.14 |
| Payment Due Date | March 10, 2013 |
| Amount enclosed | $ |

DONALD T SNEED
1605 DISCOVERY DR
WHITE HALL AR 71602-8782



PO BOX 6103
CAROL STREAM IL 60197-6103

**FILED**
SEP 24 2013
DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

Phone and Internet payments must be received by 5PM ET to be credited as of the same day.
Address, e-mail or telephone changed? Note changes on reverse side.

0000019864503759646760349314006600013B900

DONALD T SNEED                Account number ending ir    Open Date: Jan 16, 2013 - Close Date: Feb 15, 2013            Page 2 of 4

**Important Information**
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or stolen cards.** Report immediately! Call 1-800-347-2683.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at: Discover, PO Box 30421, Salt Lake City, UT 84130-0421. You must write to us within 60 days after the error appeared on your statement. You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. A copy of this notice is available at https://discover.com/billingrights.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your payment and the bottom portion of this statement in the envelope provided. Do not send cash. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a payment is processed as an electronic fund transfer, the transfer will be for the amount of the check. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The processing of your payment may be delayed if you send cash, correspondence or other items with your payment, if you send the payment to any other address or if you use an envelope other than the one provided. Payments received in proper form at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account the next day. If you have misplaced your envelope, send your payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. Payments made online or by phone will be credited as of the day of receipt if made by 5 PM Eastern time.

You can pay your monthly Minimum Payment Due, or a greater amount that does not exceed your current Account balance, over the telephone or you can setup automatic payments through a customer service representative by calling 1-800-347-2683. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date (e.g., the 15th day of the month) that occurs before your Payment Due Date or Close Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower. By providing those numbers as your electronic signature, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421; however, we must receive notice at least three business days in advance of the scheduled payment. If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be.

You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) Other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount: ☐ Full Pay_____ ☐ Min Pay_____ ☐ Min Pay+ $_____ ;
☐ Other Amount $_____ ; Bank Routing #: _____ ;
Bank Account #_____ ;
Monthly on the ☐ Payment Due Date ☐ Close Date
☐ _____ Day of month (insert date)

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at the following address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-2683.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement. Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

The Discover® card is issued by Discover Bank, Member FDIC. TL23N

# CHANGE OF ADDRESS

| | |
|---|---|
| If correct on front, do not use. Please print clearly in blue or black ink, in the space provided. | |

| Street Address | | Home Phone | |
|---|---|---|---|
| | | Work Phone | |
| City | | Email | |
| State, Zip | | | |

To make changes to your address, email or telephone number, visit Discover.com

FILED

SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

Continued on next page

### Discover More Card
Account number ending in
Open Date: Jan 16, 2013 - Close Date: Feb 15, 2013
Page 3 of 4

## CONTACT US

| | | | | | |
|---|---|---|---|---|---|
|  **Web** Access your account securely at Discover.com |  **Mobile** Manage your account anytime, anywhere at m.Discover.com |  **Phone** 1-800-DISCOVER (1-800-347-2683) TDD 1-800-347-7449 |  **Inquiry** Discover PO Box 30943 Salt Lake City UT 84130 |  **Mail Payments** Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Payments and Credits** | Feb 14 | Feb 14 | WALLET PROTECTION SETTLEMENT REFUND (800)347-5538 | $ | -17.94 |
| **Fees** | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| **Interest Charged** | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2013 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2013 | $ | 0.00 |

## Interest Charge Calculation
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 19.99% V | $0.00 | $0.00 |
| Cash Advances | 23.99% V | $0.00 | $0.00 |
| V=Variable Rate | | | |



FILED

SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF AR

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

DONALD T SNEED                    Account number ending                    Open Date: Jan 16, 2013 - Close Date: Feb 15, 2013                    Page 4 of 4

REPRINT



FILED

SEP 2 4 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

TL23J.1210

# DISCOVER

## CARDMEMBER AGREEMENT



EXHIBIT
A

Thank you for choosing Discover® card. This Agreement explains the current terms and conditions of your Account. The enclosed Pricing Schedule is part of this Agreement. Please read this Agreement, including the Pricing Schedule, carefully. Keep them for your records. Contact us if you have any questions. We have included a "Definitions" section for your reference on page 4.

## ACCEPTANCE OF AGREEMENT

You accept this Agreement if you do not cancel your Account within 30 days after receiving a Card. You also accept this Agreement if you or an Authorized User use the Account. You may, however, reject the "Arbitration of Disputes" section as explained in that section.

## CHANGES TO YOUR AGREEMENT

The rates, fees and terms of this Agreement may change from time to time. We may add or delete any term to this Agreement. If required by law, we will give you advance written notice of the change(s) and a right to reject the change(s). We will not charge any fee or interest charge prohibited by law.

## USING YOUR ACCOUNT

| | |
|---|---|
| **Permitted Uses** | You may use your Account for Purchases, Balance Transfers and Cash Advances. You may not use it for illegal transactions. |
| **Authorized Users** | You may request additional Cards for Authorized Users. You must notify us if you wish to cancel the authority of an Authorized User to use your Account. |
| **Joint Accounts** | If your Account is a Joint Account:<br>• each of you agrees to be liable individually and jointly for the entire amount owed on the Account; and<br>• any notice we mail to an address provided by either of you for the Account will serve as notice to both of you. |
| **Checks** | If we provide you with Checks, we will tell you whether we will treat the Check as a Purchase, Balance Transfer or Cash Advance. You may not use these Checks to pay any amount you owe us. |
| **Credit Authorizations** | We may not authorize a transaction for security or other reasons. We will not be liable to you if we decline to authorize a transaction or if anyone refuses your Card, Check or Account number. |
| **Credit Lines** | We will tell you what your Account credit line is. You must keep your Account balance below your Account credit line. If you do not, we may request immediate payment of the amount by which you exceed it. We may establish a lower credit line for Cash Advances. | We may increase or decrease your Account credit line or your Cash Advance credit line without notice. We may delay increasing your available credit by the amount of any payment that we receive for up to 10 business days. |

## FEES  (See your Pricing Schedule for Additional Fees)

| | |
|---|---|
| **Late Fee** | If you do not pay the Minimum Payment Due by the Payment Due Date, we will charge you a Late Fee. The fee is $25 if you were not charged a Late Fee during any of the prior six billing periods. | Otherwise, the fee is $35. This fee will never exceed the Minimum Payment Due that was due immediately prior to the date on which the fee was assessed. |
| **Returned Payment Fee** | If you make a payment that is not honored by your financial institution, we will charge you a Returned Payment Fee even if the payment is honored after we re-submit it. The fee is $25 if you were not charged a Returned Payment Fee during any of the prior six | billing periods. Otherwise, the fee is $35. This fee will never exceed the Minimum Payment Due that was due immediately prior to the date on which the payment was returned to us. |
| **Returned Check Fee** | We will charge you a Returned Check Fee each time we decline to honor a Check. The fee is $25 if you were not charged a Returned | Check Fee during any of the prior six billing periods. Otherwise, the fee is $35. This fee will never exceed the amount of the check. |
| **Research Fee** | We may charge you a Research Fee of $5 for each copy of a billing statement or sales slip that you request in connection with a billing dispute. | |

FILED

SEP 2 4 2013

CIRCUIT COURT 2ND DIVISION
JEFFERSON COUNTY
PINE BLUFF, AR

©2010 Discover Bank, Member FDIC

## ANNUAL PERCENTAGE RATES ("APRs")  (See your Pricing Schedule for the APRs, including Penalty APRs, that apply to your Account)

| | | |
|---|---|---|
| **Variable APRs** | Your Pricing Schedule may include variable APRs. These APRs are determined by adding the number of percentage points that we specify to the Prime Rate. Variable APRs will increase or decrease when the Prime Rate changes. The APR change will take effect | on the first day of the billing period that begins during the same calendar month that the Prime Rate changes. An increase in the APR will increase your interest charges and may increase your Minimum Payment Due. |
| **Penalty APR** | **When It Applies**<br>Each time that you do not pay the Minimum Payment Due by the Payment Due Date we may:<br>• terminate any promotional APRs on new transactions; and<br>• increase your APRs for new transactions to Penalty APRs.<br>We will not apply a Penalty APR to Cash Advances.<br><br>**How It Affects Your Account**<br>To determine the variable Penalty APR for a new transaction:<br>• We add up to 5 additional percentage points to the otherwise applicable APR.<br>• We set your Penalty APR based on your creditworthiness and other factors. These factors include your current APRs and Account history.<br>• When we first determine the Penalty APR, we use the Prime | Rate that is in effect for the billing period in which you did not pay the Minimum Payment Due by the Payment Due Date.<br><br><br>we will notify you<br>We will notify you of the date a Penalty APR will take effect. The Penalty APR will only apply to new transactions with a Transaction Date more than 14 days after we provide the notice to you.<br><br>**We May Reduce It**<br>We will review your Account from time to time as required by law to determine if any Penalty APR should be reduced. |

## MAKING PAYMENTS

| | | |
|---|---|---|
| **Payment Instructions** | • You must pay us in U.S. dollars. All checks must be drawn on funds on deposit in the U.S.<br>• You must pay us for all amounts due on your Account. This includes charges made by Authorized Users.<br>• We may refuse to accept a payment in a foreign currency. If we do accept it, we will charge your Account our cost to convert it to U.S. dollars. | • We can accept late payments, partial payments or payments marked "payment in full" or with any other restrictive endorsement without losing any of our rights under this Agreement.<br>• We credit your payments in accordance with the terms contained on your billing statement.<br>• If you mail your payment to an address other than the address designated on your billing statement, there may be a delay in processing and crediting the payment to your Account. |
| **Minimum Payment Due** | You may pay the entire New Balance shown on your billing statement at any time. Each billing period you must pay at least the Minimum Payment Due by the Payment Due Date shown on your billing statement. The Minimum Payment Due will be any amount past due plus the greater of:<br>• $40;<br>• 2% of the New Balance shown on your billing statement (plus $40 if the New Balance includes a Balance Transfer balance); or | • any Interest Charges and Late Fee shown on your billing statement, plus $20.<br>The Minimum Payment Due may also include amounts by which you exceed your Account credit line. However, it will never exceed the New Balance. When we calculate the Minimum Payment Due, we may subtract from the New Balance certain fees added to your Account during the billing period. The Minimum Payment Due is rounded up to the nearest dollar. |
| **How We Apply Payments** | We apply payments and credits at our discretion, including in a manner most favorable or convenient for us. In all cases, we will apply payments and credits as required by applicable law. Each | billing period, we will generally apply amounts you pay that exceed the Minimum Payment Due to balances with higher APRs before balances with lower APRs as of the date we credit your payment. |

## INTEREST CHARGES

| | | |
|---|---|---|
| **How We Calculate Interest Charges—Daily Balance Method (including current transactions)** | We calculate interest charges each billing period by first figuring the "daily balance" for each Transaction Category. Transaction Categories include standard Purchases, standard Cash Advances and different promotional balances, such as Balance Transfers.<br><br>**How We Figure the Daily Balance for Each Transaction Category**<br>• We start with the beginning balance for each day. The beginning balance for the first day of the billing period is your balance on the last day of your previous billing period.<br>• We add any interest charges accrued on the previous day's daily balance and any new transactions and fees. We add any new transactions or fees as of the later of the Transaction Date or the first day of the billing period in which the transaction or fee posted to your Account.<br>• We subtract any new credits and payments. | • We make other adjustments (including those adjustments required in the "Paying Interest" section).<br><br>**How We Figure Your Total Interest Charges**<br>• We multiply the daily balance for each Transaction Category by its daily periodic rate. We do this for each day in the billing period. This gives us the interest charges for each Transaction Category. To get a daily periodic rate, we divide the APR that applies to the Transaction Category by 365.<br>• We add up all the daily interest charges. The sum is the total interest charge for the billing period.<br><br>**How We Include Fees**<br>We add Balance Transfer Fees to the applicable Balance Transfer Transaction Category. We add applicable Cash Advance Transaction ... applicable Cash Advance Transaction ... other fees to the standard Purchase Transaction Category. |

FILED

SEP 2 4 2013

U.S. DISTRICT COURT

JEFFERSON COUNTY

... DIVISION I

... AR

## INTEREST CHARGES

**Paying Interest**

When Interest Charges Begin
We begin to impose interest charges on a transaction, fee or interest charge from the day we add it to the daily balance. We continue to impose interest charges until you pay the total amount you owe us. You can avoid paying interest on Purchases as described below. However, you cannot avoid paying interest on Balance Transfers or Cash Advances.

How to Avoid Paying Interest on Purchases ("Grace Period")
If you paid the New Balance on your previous billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on new Purchases, or any portion of a new Purchase, paid by the Payment Due Date on your current billing statement. New Purchases are Purchases that first appear on the current billing statement.

How We Apply Payments May Impact Your Grace Period
If you do not pay your New Balance in full each month, then, depending on the balance to which we apply your payment, you may not get a grace period on new Purchases.

## OTHER IMPORTANT INFORMATION

**Default**

You are in default if:
- you file bankruptcy or another insolvency proceeding is filed by you or against you;
- we have a reasonable belief that you are unable or unwilling to repay your obligations to us;
- you die or are legally declared incompetent or incapacitated;

- you fail to comply with the terms of this Agreement or any Agreement with us or an Affiliate, including failing to make a required payment when due, exceeding your Account credit line or using your Card or Account for an illegal transaction.

If you are in default, we may declare the entire balance of your Account immediately due and payable without notice.

**Collection Costs**

If we use an attorney to collect your Account, we may charge you our legal costs as permitted by law. These include reasonable attorneys' fees, court or other collection costs, and fees and costs of any appeal.

**Merchant Disputes**

If you have a dispute with a merchant, you may request a credit to your Account. If we resolve the dispute in your favor, we will issue a credit to your Account. You assign to us your claim for the credited amount against the merchant and/or any third party. At our request, you agree to provide this assignment in writing.

**Automatic Billing Arrangements**

You may set up automatic billing with a merchant. If your Account number or Card expiration date changes, you authorize us to provide this updated information to any such merchant at our discretion. You must contact the merchant directly if you wish to stop automatic billing.

**Our Privacy Policy**

We send you our Privacy Policy when you open your Account and annually. Contact us or visit Discover.com if you would like a copy. Please read it carefully. It summarizes:
- the personal information we collect;

- how we safeguard its confidentiality and security;
- when it may be shared with others; and
- how you can limit our sharing of this information.

**Reporting to Credit Reporting Agencies**

We may from time to time review your credit, employment and income records. We may report the status and payment history of your Account to credit reporting agencies and other creditors. We normally report to credit reporting agencies each month.

If you believe that information we reported is inaccurate or incomplete, please write us at Discover, PO Box 15316, Wilmington, DE 19850-5316. Please include your name, address, home phone number and Account number.

**Our Communications with You**

You agree that our personnel may listen to or record phone calls between you and our representatives without additional notice to you including calls we make to collect debts. We may use any medium permitted by law including mail, live telephone calls, automated telephone equipment, prerecorded telephone calls, e-mail, text messages and calls to your cell phone (which may be at your expense) to contact you about your Account or to offer you products or services that may be of value to you. If you prefer not to be contacted in one or more of these ways, you must either call us at 1-800-DISCOVER (1-800-347-2683) or write to us at Discover, PO Box 30961, Salt Lake City, UT 84130-0961. Please include your name, address and Account number.

**Unauthorized Use**

You must notify us immediately if:
- your Card is lost or stolen; or
- you believe someone is using your Account or a Card without your permission.

**Cancellation of Your Account**

- You may cancel your Account. You will remain responsible for any amount you owe us under this Agreement.
- Any joint Accountholder may cancel a joint Account. However,

both of you will remain responsible for paying all amounts owed.
- We may cancel, suspend or not renew your Account at any time without notice.

SEP 24 2013

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

| Purchases and Cash Advances in Foreign Currencies | If you make a Purchase or Cash Advance in a foreign currency, we will convert it to U.S. dollars using a rate we choose. This rate will either be a government-mandated rate, a government-published rate or the interbank exchange rate, depending on the country | and currency in which the transaction is made. We use the rate in effect on the conversion date for the transaction. This rate may be different than the rate in effect on the Transaction Date for the transaction. |
| --- | --- | --- |
| Governing Law | This Agreement is governed by applicable federal law and by Delaware law. | |
| Severability | If any part of this Agreement is found to be invalid, the rest of it will still remain in effect. However, if the Class Action Waiver in the "Arbitration of Disputes" section is invalidated in any proceeding in which you and we are involved, then the "Arbitration of Disputes" section will be void with respect to that proceeding. | |
| Enforcing this Agreement | We may delay enforcing or not enforce any of our rights under this Agreement without losing or waiving any of them. | |
| Assignment of Account | We may sell, assign or transfer your Account or any portion of it without notice to you. You may not sell, assign or transfer your Account without first obtaining our prior written consent. | |

## CONTACT US

Unless we tell you otherwise, you can notify us:
- by phone at 1-800 DISCOVER (1-800-347-2683) or
- in writing to Discover, PO Box 30943, Salt Lake City, UT 84130-0943.

When writing, please include your name, address, home phone number and Account number. You must contact us within 15 days after changing your e-mail address, mailing address or phone number.

## DEFINITIONS

"Account" means your Discover card account.

"Affiliate" means our parent corporations, subsidiaries and affiliates.

"Authorized User" means any person you authorize to use your Account or a Card, whether you notify us or not.

"Balance Transfer" means a balance transferred from another creditor to your Account.

"Card" means any one or more Discover cards issued to you or someone else with your authorization.

"Cash Advance" means the use of your Account to:
- obtain cash from participating automated teller machines, financial institutions or other locations;
- purchase lottery tickets, money orders, casino chips, foreign currency or similar items.

"Check" means any check we send to you to access your Account.

"Pricing Schedule" means the document entitled, "Pricing Schedule", which lists the APRs that apply to your Account and other important information.

"Prime Rate" means the highest rate of interest listed as the U.S. Prime rate in the Money Rates section of The Wall Street Journal on the last business day of the month.

"Purchase" means the use of your Account to purchase or lease goods or services at participating merchants.

"We," "us" and "our" refer to Discover Bank, the issuer of your Card.

"You," "your" or "yours" refer to you and any other person(s) who are also contractually liable under this Agreement.

"Transaction Date" means the date shown on your billing statement for a transaction or fee.

## ARBITRATION

Agreement to arbitrate. If a dispute arises between you and us, either may choose to resolve the dispute by binding arbitration, as described below, instead of in court. Any claim (except for a claim challenging the validity or enforceability of this arbitration agreement, including the Class Action Waiver) may be resolved by binding arbitration if either side requests it. This includes claims and disputes relating to any other Account or agreement you have or had with us. THIS MEANS IF EITHER YOU OR WE CHOOSE ARBITRATION, NEITHER PARTY SHALL HAVE THE RIGHT TO LITIGATE SUCH CLAIM IN COURT OR TO HAVE A JURY TRIAL. ALSO DISCOVERY AND APPEAL RIGHTS ARE LIMITED IN ARBITRATION.

CLASS ACTION WAIVER. ARBITRATION MUST BE ON AN INDIVIDUAL BASIS. THIS MEANS NEITHER YOU NOR WE MAY JOIN OR CONSOLIDATE CLAIMS IN ARBITRATION BY OR AGAINST OTHER CARDMEMBERS, OR LITIGATE IN COURT OR ARBITRATE ANY CLAIMS AS A REPRESENTATIVE OR MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.

Only a court, and not an arbitrator, shall determine the validity and effect of the Class Action Waiver. Even if all parties have opted to litigate a claim in court, you or we may elect arbitration with respect to any claim made by a new party or any new claims later asserted in that lawsuit.

Your Right to Go To Small Claims Court. We will not choose to arbitrate any claim you bring in small claims court. However, if such a claim is transferred, removed or appealed to a different court, we may then choose to arbitrate.

Governing Law and Rules. This arbitration agreement is governed by the Federal Arbitration Act (FAA). Arbitration must proceed only with the American Arbitration Association (AAA) or JAMS. The rules for the arbitration will be those in this arbitration agreement and the procedures of the chosen arbitration organization, but the rules in this arbitration agreement will be followed if there is disagreement

DISTRICT COURT DIVISION
JEFFERSON COUNTY
PINE BLUFF, AR



# ALLEN & WITHROW

**Attorneys at Law**

12410 Cantrell, Suite 100
Little Rock, Arkansas 72223
www.allenwithrow.com

(501) 227-2000
Fax (501) 707-1214

Henry "Gus" Allen
Lori E. Withrow
Colton Gregory
Gary J Barrett: of counsel
Byron Southern: of counsel

**Mailing Address**
Post Office Box 17248
Little Rock, AR 72222

Toll Free 800-796-7940

November 12, 2014

Christopher A. Rittenhouse
301 E. 6th Avenue
Pine Bluff, AR 71603

Re:   Discover Bank
        Donald T Sneed
        Balance: $3,639.45

Dear Donald T Sneed:

Enclosed please find a Writ of Garnishment that has been filed against you and has been sent to your employer for execution.

Respectfully,

Lori Withrow

Lori Withrow

P.S.  If you are the Attorney of record for this Defendant, then this notice is being sent to you and not your client.

**This communication is from a debt collector and is an attempt to collect a debt. Any information will be used for that purpose.**

S&A File No. 13-03726-0

**EXHIBIT**

**C**

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ARKANSAS
PINE BLUFF DIVISION I

DISCOVER BANK                                      RESPONDENT/PLAINTIFF

VS.                          CASE NO. PBCV-2013-2064

DONALD T. SNEED                                    PETITIONER/DEFENDANT

<u>ORDER</u>

Comes on now the Petitioner's motion for an Order setting aside the Court's previously entered Default Judgment and resulting Writ of Garnishment in the above styled matter, and from the Pleadings and other matters, the Court finds that the Default Judgment and resulting Writ of Garnishment are hereby set aside and this matter is retained on the docket as a pending matter.

**IT IS, THEREFORE, ORDERED AND DECREED** that the previously entered Default Judgment dated January 24, 2014 is set aside, as well as the resulting Writ of Garnishment filed with this Court on October 7, 2014 and that this matter is returned to the docket as a pending matter.

IT IS SO ORDERED this _17_ day of November, 2014.

_____
CIRCUIT JUDGE

Prepared By:
Chris Rittenhouse ABN: 2013163
Baim, Gunti, Mouser and Worsham, PLC
301 East 6th Ave.
Pine Bluff, AR 71601
870-534-2941
870-534-4776 (fax)

1

**FILED**

NOV 1 7 2014

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR



EXHIBIT
D

# ALLEN & WITHROW
Attorneys at Law
12410 Cantrell, Suite 100
Little Rock, Arkansas 72223
www.allenwithrow.com

Henry "Gus" Allen
Lori E. Withrow
Colton Gregory
Gary J. Barrett: of counsel*
Byron Southern: of counsel

(501) 227-2000
Fax (501) 707-1214

Mailing Address
Post Office Box 17248
Little Rock, AR 72222
Toll Free 800-796-7940
*Licensed in Missouri

February 12, 2015

Christopher A. Rittenhouse
301 E. 6th Avenue
Pine Bluff AR 71603

Re:   Discover Bank v. Donald T Sneed
      Case No: PBCV-2013-2064
      Balance:  $3,652.07

Dear Christopher A. Rittenhouse:

As you are aware, our firm has been retained by the above Plaintiff to collect this debt. In doing so, we have obtained a Judgment against you which is of public record, and may have created a lien against your property. We are still willing to work with you in order to make some arrangements for monthly payments which will enable you to pay this account and cease our collection efforts.

Give us a call and let us work out a payment schedule. It may be possible to seek a reduced settlement amount, or payment may be made on our website at www.allenwithrow.com. **When calling, please ask for an account specialist and refer to your file number : 13-03726**

*Phone Conf. w/ Lori Whitworth —
She apologized for letter blaming new
Software. She will send account documents
2/19/15   WKM*

Respectfully,

*Lori Withrow*

Lori Withrow

P.S. If you are the Attorney of record for this Defendant, then this notice is being sent to you and not your client.



**This communication is from a debt collector and is an attempt to collect a debt. Any information will be used for that purpose.**

13-03726



**IN THE DISTRICT COURT OF JEFFERSON COUNTY, ARKANSAS**
**PINE BLUFF DIVISION I**

**DISCOVER BANK**                                                           **PLAINTIFF**

**V.**                         **CASE NO. PBCV-2013-2064**

**DONALD T SNEED**                                                       **DEFENDANT**

THE STATE OF ARKANSAS TO:
**Simmons First National Bank**                                         **GARNISHEE**

<u>**WRIT OF GARNISHMENT**</u>

Requesting Attorney:            Lori Withrow, Allen & Withrow
                                (501) 227-2000
                                P.O. Box 17248
                                Little Rock, AR 72222

**JUDGMENT DATE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **January 24, 2014**

JUDGMENT AWARDED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,493.14
ATTORNEY FEES AWARDED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $.00
COURT COSTS AWARDED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $158.93
ACCUMULATED INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $.00
GARNISHMENT FILING FEE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10.00
CREDITS APPLIED TOWARD JUDGMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $.00

†AMOUNT OF GARNISHMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,662.07

†Notice: Before paying final balance, please call Plaintiff's Attorney's Office at (501) 227-2000 to ascertain the
correct balance, as interest may have been added to the above balance.

By _____        Date: ___AUG 2 8 2015___        Time _____ a.m/p.m.

I, the undersigned, attorney for the Plaintiff, do hereby certify that a copy of the Writ of Garnishment, which
contained a Notice to Defendant, was mailed on _____SEP 1 1 2015_____ by first class mail to the Judgment
Debtor at his residence address, 301 E. 6th Avenue, Pine Bluff, AR 71603 , the same day as this Writ is served on
the Garnishee; that if the letter is returned "Undeliverable" by the Post Office, or the residence of the Judgment
Debtor is not discoverable, after a diligent search, a copy of this Writ, containing a Notice to the Defendant, will be
sent by first class mail to the Judgment Debtor at his place of employment, and that if garnishments are filed on this
debt more than twelve (12) months after the original garnishment, a Notice to Defendant will be mailed to the
Judgment Debtor annually.  This is an attempt to collect a debt, and any information obtained will be used for that
purpose.

Simmons First National Bank
ATTN: Any Officer
PO Box 7009
Pine Bluff, AR 71601

                                            _____
                                            Lori Withrow (98069)
                                            Colton Gregory (2013181)
                                            Gary J Barrett (2000071)

FILED

AUG 2 8 2015

DISTRICT COURT DIVISION I
JEFFERSON COUNTY
PINE BLUFF, AR

## NOTICE TO THE GARNISHEE

1. A Judgment has been obtained in this Court against the Judgment Debtor listed in this Writ and remains unsatisfied. The Plaintiff believes that you are indebted to the Defendant, or have in your possession goods, chattels, moneys, credits, or effects belonging to the Defendant.

2. You are directed to prepare a written answer, under oath, and to file this answer in the Jefferson County District Court at 223 E 3rd Ave, PO Box 8747, Pine Bluff, AR 71611 within thirty (30) days from the date in which you are served with this Writ. The written answer should contain a statement of what goods, chattels, moneys, credits, or effects you may have in your possession belonging to the Defendant and **a copy sent to Plaintiff's attorney.** Unless you file such written answer within thirty (30) days, judgment by default may be rendered against you.

3. In addition, you are required to answer any further interrogatories that may be asked of you.

4. Do not pay any money to the Clerk. You should hold the money until a Court order directs you to release the money. **You will then pay it to the Plaintiff's attorney or agent.**

5. Employer Garnishees are notified that the amount of wages available for withholding for this judgment and costs is subject to certain prior claims. Under Arkansas law, income withholding for child support has a priority over all other legal processes. Under federal law, the total amount to be withheld cannot exceed the maximum amount allowed under § 303(b) of the Consumer Credit Protection Act.

## NOTICE TO NON-EMPLOYER GARNISHEE

FAILURE TO ANSWER THIS WRIT WITHIN THIRTY (30) DAYS OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHED HERETO SHALL RESULT IN THE COURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE FULL AMOUNT SPECIFIED IN THIS WRIT TOGETHER WITH COSTS OF THIS ACTION AS PROVIDED BY ARK. CODE ANN. § 16-110-407.

### NOTICE TO EMPLOYER/GARNISHEE
### GARNISHMENT EXHIBIT "A"

This Notice to the Employer/Garnishee is required by Ark. Code Ann. § 16-110-401 and § 16-110-416.

The garnishment restrictions of Title III of Consumer Credit Protection Act (15 U.S.C. 1673) provides that no Court of the United States may make, execute or enforce any order of process which provides for the garnishment of the aggregate disposable earnings of any individual for any work week in any amount which is in excess of the lesser of any of the following restrictions:

1.   Twenty-five percent (25%) of the individual's disposable earnings for the workweek; or
2.   The amount by which the disposable earnings for the week exceed 30 times the minimum wage under Section 6 (a)(1) of the Fair Labor Standards Act of 1933, 29 U.S.C. 206, which is presently $7.25 per hour.

On present $7.25 per hour minimum wage basis, the following is the effect of the statutory Federal restriction on earnings in a given week.

   •   If disposable earnings are $217.50 per week or less, earnings may not be garnished in any amount.
   •   If disposable earnings are more than $217.50 per week but less than $290.00 only the amount above $217.50 is subject to garnishment.

"Disposable earnings" is compensation paid or payable for personal services less any amounts required to be withheld by law.

The law also prohibits an employer from discharging any employee because their earnings have been subject to garnishment for any one indebtedness. The term "one indebtedness" refers to a single debt, regardless of the number of levies made or creditors seeking satisfaction. Whoever willfully violates the discharge provisions of this law may be prosecuted criminally and fined up to $1,000.00 or imprisoned for not more than one year or both.

13-03726

The employer must file a written answer under an oath with the Clerk's Office at any time before the expiration of thirty (30) days from the date it is served with a Writ of Garnishment, and state what wages or other property owing to the debtor, if any, it has in its possession at the time of filing the answer. It is not necessary to wait the entire thirty (30) days before filing the answer.

A Writ of Garnishment issued on any indebtedness shall be in effect as a lien on salaries, wages or other compensation, due at the time of the service of the Writ. The lien so effected shall continue as to subsequent earning until the total amount due upon the judgment and cost is paid or satisfied. Such a lien on subsequent earnings shall terminate sooner if the employment relationship is terminated or if the underlying judgment is vacated or modified. See Ark. Code Ann. § 16-110-415.

THESE RESTRICTIONS DO NOT APPLY IN THE CASE OF (1) Court orders for the support of any person: (2) Court orders under Chapter XIII of the Bankruptcy Act: and (3) any debt for any State or Federal Tax.

FAILURE TO ANSWER THIS WRIT WITHIN 30 DAYS OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHED HERETO MAY AFTER HEARING, RESULT IN THE COURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE AMOUNT OF THE NON-EXEMPT WAGES OWED THE DEBTOR-EMPLOYEE ON THE DATE YOU WERE SERVED THIS WRIT AS PROVIDED BY ARK. CODE ANN. SECTION 16-110-407.

## NOTICE TO THE DEFENDANT/DEBTOR
GARNISHMENT EXHIBIT "B"

## YOUR RIGHT TO KEEP WAGES, MONEY AND OTHER PROPERTY FROM BEING GARNISHED

This Notice to a Defendant/Debtor with reference to garnishment is required by Ark. Code Ann. § 16-110-402.

The Writ of Garnishment delivered to you with this Notice means that wages, money or other property belonging to you has been garnished in order to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY OR PROPERTY FROM BEING TAKEN, SO READ THIS NOTICE CAREFULLY.

State and Federal laws say that certain money and property may not be taken to pay certain types of court judgments. Such money or property is said to be "exempt" from garnishment.

For example, under the Arkansas Constitution and State law, you may be able to claim as exempt all or part of your wages or other personal property. See Arkansas Constitution Article 9 and Ark. Code Ann. § 16-66-208.

As another example, under Federal law the following are also exempt from garnishment: Social Security, SSI, Veteran's benefits, AFDC (welfare), unemployment compensation, worker's compensation.

You have a right to ask for a prompt court hearing to claim these or other exemptions. Such request must be made in writing. If you need legal assistance to help you try to save your wages or property from being garnished, you should see a lawyer. If you can't afford a private lawyer, contact you local bar association or ask the Clerk's office about any Legal Services program in your area.

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Allen & Withrow
Attorneys at Law
P.O. Box 17248
Little Rock, AR 72222
(501) 227-2000

Lori Withrow (98069)
Colton Gregory (2013181)
Gary J Barrett (2000071)

# ALLEN & WITHROW

### Attorneys at Law
**12410 Cantrell, Suite 100**
Little Rock, Arkansas 72223
www.allenwithrow.com

Henry "Gus" Allen
Lori E. Withrow
Colton Gregory
Gary J. Barrett: of counsel*
Byron Southern: of counsel

(501) 227-2000
Fax (501) 707-1214

**Mailing Address**
Post Office Box 17248
Little Rock, AR 72222
Toll Free 800-796-7940
*Licensed in Missouri

September 10, 2015

Christopher A. Rittenhouse
301 E. 6th Avenue
Pine Bluff, AR 71603

Re:   Discover Bank v. Donald T Sneed
Case No. PBCV-2013-2064
Balance: $3,662.07

Dear Donald T Sneed:

Enclosed please find a Writ of Garnishment that has been filed against you and has been sent to Simmons First National Bank for execution

Respectfully,

*Lori Withrow*

Lori Withrow

P.S. If you are the Attorney of record for this Defendant, then this notice is being sent to you and not your client.

**This communication is from a debt collector and is an attempt to collect a debt.
Any information will be used for that purpose.**

13-03726
bnv.frm

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ARKANSAS
PINE BLUFF DIVISION I

DISCOVER BANK                                        RESPONDENT/PLAINTIFF

VS.                          CASE NO. PBCV-2013-2064

DONALD T. SNEED                                      PETITIONER/DEFENDANT

ORDER

Comes on now the Petitioner's motion for an Order setting aside the Court's previously entered Default Judgment and resulting Writ of Garnishment in the above styled matter, and from the Pleadings and other matters, the Court finds that the Default Judgment and resulting Writ of Garnishment are hereby set aside and this matter is retained on the docket as a pending matter.

IT IS, THEREFORE, ORDERED AND DECREED that the previously entered Default Judgment dated January 24, 2014 is set aside, as well as the resulting Writ of Garnishment filed with this Court on October 7, 2014 and that this matter is returned to the docket as a pending matter.

IT IS SO ORDERED this _17_ day of November, 2014.

_____
CIRCUIT JUDGE

Prepared By:
Chris Rittenhouse ABN: 2013163
Baim, Gunti, Mouser and Worsham, PLC
301 East 6th Ave.
Pine Bluff, AR 71601
870-534-2941
870-534-4776 (fax)

1

FILED

NOV 17 2014

DISTRICT COURT DIVISION
JEFFERSON COUNTY
PINE BLUFF, AR

# ALLEN & WITHROW

**Attorneys at Law**
12410 Cantrell, Suite 100
Little Rock, Arkansas 72223
www.allenwithrow.com

Henry "Gus" Allen
Lori E. Withrow
Colton Gregory
Gary J. Barrett: of counsel*
Byron Southern: of counsel

(501) 227-2000
Fax (501) 707-1214

Post Office Box 17248
Little Rock, AR 72222
Toll Free 800-796-7940
*Licensed in Missouri

EXHIBIT

E

November 2, 2015

Christopher A. Rittenhouse
301 E. 6th Avenue
Pine Bluff, AR 71603

Re:   Discover Bank  v. Donald T Sneed
        PBCV-2013-2064

Dear Christopher A. Rittenhouse:

Please find enclose Requests for Admissions Propounded to the Defendant and Interrogatories and Requests for Production with regard to the above-styled matter. Please file with the Court and return copies of your answers to me.

Please contact this office should you have any questions or concerns regarding this matter.

Respectfully,

*Lori Withrow*

Lori Withrow

Enclosures

**This communication is from a debt collector and is an attempt to collect a debt.
Any information will be used for that purpose.**

13-03726
nf frm

## IN THE DISTRICT COURT OF JEFFERSON COUNTY, ARKANSAS
## PINE BLUFF DIVISION I

**DISCOVER BANK**                                                    **PLAINTIFF**

**V.**                              **CASE NO. PBCV-2013-2064**

**DONALD T SNEED**                                                  **DEFENDANT**

### REQUESTS FOR ADMISSIONS TO DEFENDANT Donald T Sneed

Comes now the Plaintiff, by and through counsel, Allen & Withrow, and submits the following requests for Admission to the Defendant Donald T Sneed, to be answered under oath pursuant to Ark. R. Civ. P. 36:

    **REQUEST FOR ADMISSION NO. 1:**    Admit that Defendant is a resident of Jefferson, Arkansas;

    **REQUEST FOR ADMISSION NO. 2:**    Admit that Defendant purchased certain items and charged same on the charge account which is the subject of this lawsuit;

    **REQUEST FOR ADMISSION NO. 3:**    Admit that the amount past due on said account, which has not been paid, and has been owed by Defendant for a period of time is $3,493.14;

    **REQUEST FOR ADMISSION NO. 4:**    Admit that the monthly statements/bills in regard to this account were sent to and received by Defendant;

    **REQUEST FOR ADMISSION NO. 5:**    Admit that the Defendant never notified Plaintiff or the original creditor in writing of any dispute in regard to this account (balance);

    **REQUEST FOR ADMISSION NO. 6:**    Admit that the Defendant never notified Plaintiff or the original creditor in writing of any complaints or requests to stop credit on this account;

    **REQUEST FOR ADMISSION NO. 7:**    Admit that Defendant has no documentation indicating the balance of this account to be less than $3,493.14;

    **REQUEST FOR ADMISSION NO. 8:**    Admit that Defendant is indebted to Plaintiff in the amount of $3,493.14.

You are hereby notified that should you fail to respond to said Requests for Admissions within

13-03726
rif.frm

the thirty days allowed, each of the matters contained herein shall be taken as admitted; and should you deny any of the Requests herein, the genuiness or truth of which is hereafter proved, application will be made to the Court for an Order requiring you to pay the reasonable expenses incurred in making such proof, including a reasonable attorney fee, and jury fees, if any.

Allen & Withrow
Attorneys at Law
P.O. Box 17248
Little Rock, AR 72222
(501) 227-2000

Lori Withrow (98069)
Colton Gregory (2013181)
Gary J Barrett (2000071)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the above and foregoing has been sent via first-class mail on November 2nd 2015 to the following:

Christopher A. Rittenhouse
301 E. 6th Avenue
Pine Bluff, AR 71603

Allen & Withrow
Attorneys at Law
P.O. Box 17248
Little Rock, AR 72222
(501) 227-2000

Lori Withrow (98069)
Colton Gregory (2013181)
Gary J Barrett (2000071)

13-03726
rif.ffm