**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONALD T. SNEED and**                                                                                   **PLAINTIFFS**
**ESTEE ANN SNEED**

**v.**                              **CASE NO. 4:16CV00618 BSM**

**DISCOVER BANK, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 10th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE